UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>ARGOS USA LLC, )<br>  f.k.a. ARGOS READY MIX LLC, )<br> )<br>Defendant. )<br> ) | CRIMINAL NO.<br>4:21-CR-0002-RSB-CLR |

**ORDER ESTABLISHING PROCEDURE**
**FOR CRIME VICTION NOTIFICATION PURSUANT TO 18 U.S.C. § 3771**

On this date, the Court considered the United States' Unopposed Motion to Establish Procedure for Crime Victim Notification Pursuant to 18 U.S.C. § 3771. ECF No. 13. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for crime victim notification required by 18 U.S.C. § 3771 of public court and parole proceedings, plea bargains and deferred prosecution agreements, and various rights, services, and points of contact, the United States may, as an alternative to individual notices, provide reasonable, accurate, and timely notice through the Department of Justice, Antitrust Division website, http://www.justice.gov/atr/victims-rights.

IT IS SO ORDERED.

Dated:      January 7     , 2021

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA